UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO AGUILAR ALVAREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 24-mc-80269-TSH<br><br>**ORDER FOR CLERK OF COURT TO CLOSE FILE AND REFUND FILING FEE** |

Petitioners Mauricio Aguilar Alvarez and Maria Ximena Diaz bring this case pursuant to 26 U.S.C. § 7609(b), seeking to quash three third-party summons issued by the Internal Revenue Service. Petitioners filed the case as a miscellaneous matter. However, miscellaneous case numbers are normally assigned to a variety of matters filed with the court which are not considered a civil case. They are ancillary and supplementary proceedings such as foreign subpoenas, registration of a judgment from another district, and motions to quash a deposition subpoena related to a case pending in another district. *See* District Clerks' Manual, § 4.03(a)(1). In contrast, the resolution of a petition to quash an IRS summons is a case dispositive decision. *See Strong v. United States*, 57 F. Supp. 2d 908, 913-14 (N.D. Cal. 1999) (A petition to quash an IRS summons is "analogous to a dispositive motion. Once the petitions are decided, the matter is over. Unlike a discovery motion, petitions to quash summonses are not ancillary to a larger proceeding. They are the entire proceeding."); *James v. Internal Revenue Serv.*, 2023 WL 7351768, at *1 (N.D. Cal. Sept. 26, 2023) (same). Accordingly, the Clerk of Court is instructed to close the file and refund the $49 filing fee. The Court will not accept further filings under this matter number. Petitioners shall re-file this matter as a civil case.

**IT IS SO ORDERED.**

Dated: November 15, 2024

THOMAS S. HIXSON
United States Magistrate Judge